# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GIDGET R. BRIESCH                              Case Number: 05-77756
        232 BRIARWOOD DRIVE         SSN-xxx-xx-1904
        POPLAR GROVE, IL  61065

                                        Case filed on:      10/16/2005
                                        Plan Confirmed on:  4/12/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,126.50       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY HENRY REPAY | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 005 | BAKER, MILLER, MARKOFF & KRANSY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS, INC. MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PDI MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RECEIVABLES PERFORMANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | R&B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | BAKER, MILLER, MARKOFF & KRANSY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | COLLECTECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | HELLER & FRISONE, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GIDGET R. BRIESCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | TRIAD FINANCIAL | 18,060.00 | 12,500.00 | 1,669.79 | 3,772.16 |
|  | Total Secured | 18,060.00 | 12,500.00 | 1,669.79 | 3,772.16 |
| 001 | PAMELA MICHAUD | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | TRIAD FINANCIAL | 7,284.54 | 256.89 | 0.00 | 0.00 |
| 003 | BRITTAIN & KETCHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DR. LAWRENCE BLACKSTONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DR. PERO GLINKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JEWEL FOOD STORES | 87.46 | 1.75 | 0.00 | 0.00 |
| 014 | KANE COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE CORP | 1,002.40 | 20.05 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,670.59 | 33.41 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | RHS ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SECURITY FINANCE | 950.00 | 19.00 | 0.00 | 0.00 |
| 025 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | AFNI/VERIZON | 156.52 | 3.13 | 0.00 | 0.00 |
| 034 | WALMART STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | COTTONWOOD FINANCIAL LTD | 1,624.59 | 32.49 | 0.00 | 0.00 |
| 038 | CHECK IT | 64.70 | 1.29 | 0.00 | 0.00 |
| 039 | CHARLES ALFANO, D.M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | FEATHERSTONE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | R & B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,840.80 | 368.01 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | Grand Total: | 33,100.80 | 15,068.01 | 3,869.79 | 3,772.16 |

| | |
|---|---|
| Total Paid Claimant: | $7,641.95 |
| Trustee Allowance: | $484.55 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Lydia S. Meyer_
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008　　　　　　　By  /s/Heather M. Fagan